Earl SKILES *v.* STATE of Arkansas

CR 97-515                                               947 S.W.2d 14

Supreme Court of Arkansas
Opinion delivered July 7, 1997

*Keith Watkins*, for appellant.

No response.

PER CURIAM. Earl Skiles, by his attorney, has filed a motion for a rule on the clerk which we treat as a motion for belated appeal.

His attorney, Keith Watkins, admits in his motion that the notice of appeal was filed before the judgment due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.